IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Southern District of Mississippi
GULFPORT DIVISION

IN RE: BIANCA ALEXANDRA EDWARDS

CASE NO. 6-23-BK-50215

CLAIM: 2

**NOTICE OF CHANGE OF ADDRESS BY A CREDITOR**

COMES NOW, Upstart Network, Inc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**Upstart Network, Inc**
**PO BOX 1931**
**Burlingame Ca 94011**

To the new address below:

**Upstart Network, Inc**
**c/o Peritus Portfolio Services II, LLC**
**P.O. Box 1149**
**GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Steve Hornbeck
Steve Hornbeck
Telephone: (866) 831-5954

Date: 12/8/2025

Exhibit C

Limited Power of Attorney

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Peritus Portfolio Services II LLC "(Agent") as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to motor vehicle retails installment contracts and related rights which Agent is servicing for Principal.

After the date hereof:

- Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7, 11, 12, and Chapter 13 bankruptcy trustee.
- Agent can enforce, release, modify and transfer the rights and interests granted to Principal with respect to the Property, which on their face give Principal rights regarding the Property, including, but not limited to, rights with respect to insurance policies, motor vehicles, certificate of title and motor vehicle liens.
- Agent can receive and endorse, on Principal's behalf, any certificate of title related to the Property only for purposes of transferring Principal's lien to Agent.

This power of attorney is made on 18 Sept 2025.

By: [signature]

STATE of ________________ ) ss.
COUNTY OF ___________ )

I, ______________________, a Notary Public in and for said County, in said State, do hereby certify that the person personally known to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.

Given under my hand and official seal this ____ day of _____, 2024.

see attached Jurat -C.S.

______________________
Notary Public, State of _______
Commission Expires _________

**CALIFORNIA JURAT** **GOVERNMENT CODE § 8202**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Mateo

Subscribed and sworn to (or affirmed) before me on

this 18 day of September, 2025, by
Date Month Year

(1) Scott Lee Darling

(and (2) ____________________),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CATHERINE SANTO DOMINGO
Notary Public - California
San Mateo County
Commission # 2435386
My Comm. Expires Jan 22, 2027

*Place Notary Seal and/or Stamp Above*

Signature [signature]
*Signature of Notary Public*

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ____________________

Document Date: ____________________ Number of Pages: __________

Signer(s) Other Than Named Above: ____________________

©2019 National Notary Association